

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MORRIS E. MUSE,

        Plaintiff,

vs.

        CIVIL ACTION NO.: CV203-086

ACCORD HUMAN RESOURCES, INC.,
and PEACHTREE PEST CONTROL
COMPANY, INC.,

        Defendants.

## ORDER

Defendant Peachtree Pest Control Company, Inc., ("Peachtree") filed a Motion in Limine seeking to exclude certain evidence at any trial that may be held in this case. Plaintiff has filed a response. After review, the Court rules as follows:

    A.    Defendant Peachtree seeks to exclude any evidence not produced in discovery, pursuant to Federal Rule of Civil Procedure 37(c). That portion of Peachtree's Motion in Limine is **GRANTED** in part and **DENIED** in part. Plaintiff shall be precluded from offering testimony from any person not identified in his mandatory disclosures or in his response to Peachtree's interrogatories. Additionally, Plaintiff is precluded from introducing any document which should have been, but was not, provided to Peachtree in response to a Request for Production of Documents or in his Rule 26(a)(1)(B) disclosures. The Court can not determine whether other "information" should be excluded as the Court has not been provided with the interrogatories propounded to Plaintiff which elicit information.

B.   Defendant Peachtree seeks to exclude any testimony relating to claims of unnamed employees asserting that it is irrelevant and prejudicial. That portion of Peachtree's motion is **DENIED** at this time. The Court can not determine whether such testimony is relevant or unduly prejudicial.

C.   Defendant Peachtree seeks to exclude any testimony relating to Plaintiff's discharge. That portion of Peachtree's motion is **DENIED** at this time. The Court can not determine whether testimony relating to Plaintiff's discharge is relevant.

D.   Defendant Peachtree seeks to exclude any evidence relating to offers of settlement made pursuant to Federal Rule of Civil Procedure 68. That portion of Peachtree's motion is **GRANTED**.

**SO ORDERED**, this 19th day of January, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)